UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-80535-CIV-RYSKAMP

VISTAR TECHNOLOGIES CORP.,

    Plaintiff,

v.

OREN TAVORY,

    Defendant.
_____/

### ORDER CLOSING CASE FOR ADMINISTRATIVE PURPOSES

    THIS CAUSE comes before the Court *sua sponte*. On February 5, 2007, this Court stayed this litigation **[DE 88]** until the conclusion of a related state litigation. On November 14, 2008, this Court issued an Order to Show Cause **[DE 92]** directing plaintiff to provide this Court with a status report regarding the state court litigation. Plaintiff promptly responded **[DE 93]**. As it does not appear that the state court litigation is nearing a close, it is appropriate to close this case for administrative purposes. Either party may move to reopen the case upon the conclusion of the state court litigation.

    On the basis of the foregoing, it is

    ORDERED AND ADJUDGED that this case is hereby CLOSED. The Clerk of the Court shall CLOSE this case for administrative purposes and DENY all pending motions as MOOT.

    DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 23 day of January 2009.

                                         /s/ Kenneth L. Ryskamp
                                        KENNETH L. RYSKAMP
                                        UNITED STATES DISTRICT JUDGE

Copies provided:
All counsel of record