UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-civ-80535 Ryskamp/Vitunac
Case No: 09-cv-80934-Ryskamp/Vitunac

VISTAR TECHNOLOGIES CORP.,

    Plaintiff,

v.

OREN TAVORY,

    Defendant,

OREN TAVORY,

    Plaintiff,

v.

KATHY BARBER and
MYRA AMEIGH,

    Defendants.         /

## STIPULATION AND CONSENT TO FILE AMENDED AFFIRMATIVE DEFENSES

The parties, Oren Tavory, Myra Ameigh, and Kathy Barber, stipulate and agree as follows:

Ameigh and Barber filed Answers and Affirmative Defenses to Plaintiff's Second Amended Complaint. Plaintiff seeks to strike certain Affirmative Defenses and for a More Definite Statement. Ameigh and Barber agree that certain affirmative defenses should be amended or a more definite statement provided. Accordingly, to save the resources of the Court and the parties, Oren Tavory, by and through undersigned counsel, consents to the

- 2 -

filing of amended affirmative defenses by Ameigh and Barber within ten days of the date of this stipulation, and Ameigh and Barber agree to file said amended affirmative defenses within ten days of the date of this stipulation.  Tavory shall be entitled to file a motion to strike and/or for a more definite statement regarding the amended affirmative defenses pursuant to the Federal Rules of Civil Procedure.

Dated:   October 15, 2010

| */s/ G. Donovan Conwell, Jr.* | */s/ Joel B. Rothman* |
|---|---|
| G. Donovan Conwell, Jr. | Joel B. Rothman, Esq. |
| Florida Bar No:  371319 | Arnstein & Lehr, LLP |
| Dineen Pashoukos Wasylik | 515 North Flagler Drive , Sixth Floor |
| Florida Bar No:  0191620 | West Palm Beach, Florida 33401-4323 |
| **CONWELL KIRKPATRICK, P.A.** | T:  561.833.9800; F:  561.802-3614 |
| 2701 North Rocky Point Drive, Suite 1200 | jrothman@arnstein.com |
| Tampa, FL 33607 | Attorney for Defendants Ameigh and Barber |
| (813) 282-8000; (813) 282-8800 (Facsimile) | |
| dconwell@CKbusinesslaw.com | |
| dwasylik@CKbusinesslaw.com | |
| Attorneys for Oren Tavory | |

### CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2010, I electronically filed the foregoing with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified:

*/s/G. Donovan Conwell, Jr.*

- 3 -

**SERVICE LIST**
**Oren Tavory v. Kathy Barber and Myra Ameigh**
Case No. 06-civ-80535 Ryskamp/Vitunac
Case No. 09-civ-80934 Ryskamp/Vitunac
United States District Court, Southern District of Florida

| | |
|---|---|
| Joel B. Rothman, Esq. <br> jrothman@arnstein.com <br> ARNSTEIN & LEHR, LLP <br> 515 North Flagler Drive , Sixth Floor <br> West Palm Beach, Florida 33401-4323 <br> Attorney for Defendants | Robert H. Thornburg <br> rthornburg@addmg.com <br> ALLEN, DYER, DOPPELT, MILBRATH & GILCHRIST, P.A. <br> 777 Brickell Avenue, Suite 1114 <br> Miami, FL 33131 |
| Stephen D. Milbrath <br> smilbrath@addmg.com <br> ALLEN, DYER, DOPPELT, MILBRATH & GILCHRIST, P.A. <br> Post Office Box 32802 <br> Orlando, FL 32802 | G. Donovan Conwell, Jr. <br> Florida Bar No: 371319 <br> Dineen Pashoukos Wasylik <br> Florida Bar No: 0191620 <br> **CONWELL KIRKPATRICK, P.A.** <br> 2701 North Rocky Point Drive, Suite 1200 <br> Tampa, FL 33607 <br> (813) 282-8000; (813) 282-8800 (Facsimile) <br> dconwell@CKbusinesslaw.com <br> dwasylik@CKbusinesslaw.com <br> Attorneys for Oren Tavory |