UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-civ-80535 Ryskamp/Vitunac
Case No: 09-cv-80934-Ryskamp/Vitunac

VISTAR TECHNOLOGIES CORP.,

    Plaintiff,

v.

OREN TAVORY,

    Defendant,

_____

OREN TAVORY,

    Plaintiff,

v.

KATHY BARBER and
MYRA AMEIGH,

    Defendants.    /
_____

### PLAINTIFF'S OPPOSITION TO DEFENDANT AMEIGH AND BARBER'S MOTION FOR PROTECTIVE ORDER

Plaintiff, Oren Tavory ("Tavory"), opposes the Motion of Myra Ameigh and Kathy Barber for Protective Order [DE 129] and requests that the motion be denied, for the following reasons.

Defendants' motion is untimely. Fed. R. Civ. P. 32 (b) provides that a party to whom a request for production of documents is directed, "must respond in writing within 30 days after being served" and that such written response must contain, for each item or category, any objection to the request. Tavory served his requests for production of documents on

Ameigh and Barber on June 18, 2010. The Defendants did not object on the basis of a trade secret privilege until October 8, 2010, when they filed their motion for protective order, long after the deadline for asserting objections. Moreover, Local Rule VI, C provides that a motion for protective order shall be filed within thirty days of the occurrence of the grounds for the motion. Failure to do so may constitute a waiver unless a showing of reasonable cause is shown for the late filing. Defendants have made no attempt to show reasonable cause for the late filing, so their motion for protective order should be denied based upon waiver.

The motion for protective order should be denied for the additional reason that a protective order, agreed to by the parties, already has been entered by the Court, which provides for protection of trade secret material. The parties were aware of any trade secret issues when they agreed to entry of the protective order. Tavory, when producing his source code to the defendants, in fact designated his source code as confidential trade secret material under the protective order.

Finally, the motion of Ameigh and Barber for protective order should be denied for failure to comply with Local Rule 26.1. and VI, A.

WHEREFORE, Plaintiff respectfully requests that this Court deny the motion of Ameigh and Barber for a Protective Order and award Tavory his reasonable expenses and

attorneys fees incurred in obtaining such relief, in accordance with Fed. R. Civ. P. 37(a)(5)(B).

Dated: October 15, 2010

/s/ G. Donovan Conwell, Jr.
G. Donovan Conwell, Jr.
Florida Bar No: 371319
Dineen Pashoukos Wasylik
Florida Bar No: 0191620
**CONWELL KIRKPATRICK, P.A.**
2701 North Rocky Point Drive, Suite 1200
Tampa, FL 33607
(813) 282-8000; (813) 282-8800 (Facsimile)
dconwell@CKbusinesslaw.com
dwasylik@CKbusinesslaw.com
Attorneys for Oren Tavory

### CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2010, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified:

/s/ G. Donovan Conwell, Jr.

- 4 -

## SERVICE LIST
### Oren Tavory v. Kathy Barber and Myra Ameigh
Case No. 06-civ-80535 Ryskamp/Vitunac
Case No. 09-civ-80934 Ryskamp/Vitunac
United States District Court, Southern District of Florida

| | |
|---|---|
| Joel B. Rothman, Esq.<br>jrothman@arnstein.com<br>ARNSTEIN & LEHR, LLP<br>515 North Flagler Drive, Sixth Floor<br>West Palm Beach, Florida 33401-4323<br>Attorney for Defendants | Robert H. Thornburg<br>rthornburg@addmg.com<br>ALLEN, DYER, DOPPELT, MILBRATH &<br>GILCHRIST, P.A.<br>777 Brickell Avenue, Suite 1114<br>Miami, FL 33131 |
| Stephen D. Milbrath<br>smilbrath@addmg.com<br>ALLEN, DYER, DOPPELT, MILBRATH &<br>GILCHRIST, P.A.<br>Post Office Box 32802<br>Orlando, FL 32802 | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-civ-80535 Ryskamp/Vitunac
Case No: 09-cv-80934-Ryskamp/Vitunac

VISTAR TECHNOLOGIES CORP.,

    Plaintiff,

v.

OREN TAVORY,

    Defendant,

_____

OREN TAVORY,

    Plaintiff,

v.

KATHY BARBER and
MYRA AMEIGH,

    Defendants.    /

## PLAINTIFF'S OPPOSITION TO DEFENDANT AMEIGH AND BARBER'S MOTION FOR PROTECTIVE ORDER

Plaintiff, Oren Tavory ("Tavory"), opposes the Motion of Myra Ameigh and Kathy Barber for Protective Order [DE 129] and requests that the motion be denied, for the following reasons.

Defendants' motion is untimely. Fed. R. Civ. P. 32 (b) provides that a party to whom a request for production of documents is directed, "must respond in writing within 30 days after being served" and that such written response must contain, for each item or category, any objection to the request. Tavory served his requests for production of documents on

Ameigh and Barber on June 18, 2010. The Defendants did not object on the basis of a trade secret privilege until October 8, 2010, when they filed their motion for protective order, long after the deadline for asserting objections. Moreover, Local Rule VI, C provides that a motion for protective order shall be filed within thirty days of the occurrence of the grounds for the motion. Failure to do so may constitute a waiver unless a showing of reasonable cause is shown for the late filing. Defendants have made no attempt to show reasonable cause for the late filing, so their motion for protective order should be denied based upon waiver.

The motion for protective order should be denied for the additional reason that a protective order, agreed to by the parties, already has been entered by the Court, which provides for protection of trade secret material. The parties were aware of any trade secret issues when they agreed to entry of the protective order. Tavory, when producing his source code to the defendants, in fact designated his source code as confidential trade secret material under the protective order.

Finally, the motion of Ameigh and Barber for protective order should be denied for failure to comply with Local Rule 26.1. and VI, A.

WHEREFORE, Plaintiff respectfully requests that this Court deny the motion of Ameigh and Barber for a Protective Order and award Tavory his reasonable expenses and attorneys fees incurred in obtaining such relief, in accordance with Fed. R. Civ. P. 37(a)(5)(B).

Dated: October 15, 2010

/s/ G. Donovan Conwell, Jr.
G. Donovan Conwell, Jr.
Florida Bar No: 371319
Dineen Pashoukos Wasylik
Florida Bar No: 0191620
**CONWELL KIRKPATRICK, P.A.**
2701 North Rocky Point Drive, Suite 1200
Tampa, FL 33607
(813) 282-8000; (813) 282-8800 (Facsimile)
dconwell@CKbusinesslaw.com
dwasylik@CKbusinesslaw.com
Attorneys for Oren Tavory

### CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2010, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified:

/s/ G. Donovan Conwell, Jr.

- 4 -

## SERVICE LIST
### Oren Tavory v. Kathy Barber and Myra Ameigh
Case No. 06-civ-80535 Ryskamp/Vitunac
Case No. 09-civ-80934 Ryskamp/Vitunac
United States District Court, Southern District of Florida

| | |
|---|---|
| Joel B. Rothman, Esq.<br>jrothman@arnstein.com<br>ARNSTEIN & LEHR, LLP<br>515 North Flagler Drive, Sixth Floor<br>West Palm Beach, Florida 33401-4323<br>Attorney for Defendants | Robert H. Thornburg<br>rthornburg@addmg.com<br>ALLEN, DYER, DOPPELT, MILBRATH &<br>GILCHRIST, P.A.<br>777 Brickell Avenue, Suite 1114<br>Miami, FL 33131 |
| Stephen D. Milbrath<br>smilbrath@addmg.com<br>ALLEN, DYER, DOPPELT, MILBRATH &<br>GILCHRIST, P.A.<br>Post Office Box 32802<br>Orlando, FL 32802 | |